IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 95-50850
Conference Calendar

———————————

NICHOLAS CASTILLO,

Plaintiff-Appellant,

versus

JACK KYLE ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-95-CV-325
- - - - - - - - - -
April 18, 1996

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Nicholas Castillo appeals the district court's dismissal of his civil rights suit as frivolous. He argues that the district court erred in determining that the change in the interval in his parole review did not run afoul the Ex Post Facto Clause. We have reviewed the record and determined that the district court did not abuse its discretion. <u>Allison v. Kyle</u>, 66 F.3d 71, 73-74 (5th Cir. 1995).

AFFIRMED.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.